# Court of Appeals
# of the State of Georgia

ATLANTA,  February 21, 2017

*The Court of Appeals hereby passes the following order:*

**A17E0037. KEITA v IPADEOLA.**

Margaret Keita has filed a timely emergency motion pursuant to Court of Appeals Rule 31 (i) seeking a seven-day extension of time to file her application for discretionary appeal in this dispossessory matter. Keita's motion is hereby GRANTED. She shall have until February 28, 2017, to file her discretionary application in accordance with OCGA § 5-6-35.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,  02/21/2017*
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*